AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Atrimax Inc. <br><br> *Plaintiff(s)* <br> v. <br> Vaughan John Hutchinson <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:25-cv-1310 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Vaughan John Hutchinson
175 Surrey Road, Rd 8
Tariki, 4388, Inglewood, New Zealand

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel S. Bretzius, Esq.
Dan B Law PLLC
75 South Main Street, #272
Concord, NH 03301
Dan@DanBLaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: March 21, 2025

*s/ Garrett Cole*
*Signature of Clerk or Deputy Clerk*